1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA CALMA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PENNYMAC LOAN SERVICES, LLC,<br><br>Defendants. | Case No. 2:22-cv-02105-ART-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 11, 2023 through and including **February 10, 2023**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.

//

1  This stipulation is filed in good faith and not intended to cause delay.

2  Respectfully submitted, this 10th day of January, 2023.

| CLARK HILL PLLC | <u>***No opposition***</u> |
|---|---|
| By: /s/<br>Gia N. Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 11, 2023