GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TERESA CALMA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PENNYMAC LOAN SERVICES, LLC,<br><br>Defendants. | Case No. 2:22-cv-02105-ART-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

   Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 10, 2023 through and including **March 13, 2023**.  The request was made by Equifax so that the parties can have

/ /

/ /

/ /

1  additional time to engage in settlement discussions, and Plaintiff approves.  This stipulation is filed
2  in good faith and not intended to cause delay.
3        Respectfully submitted, this 3rd day of February, 2023.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By: /s/ Gia N. Marina, Esq. | /s/ Gerardo Avalos, Esq. |
| Gia N. Marina, Esq. | George Haines, Esq. |
| Nevada Bar No. 15276 | Nevada Bar No. 9411 |
| 3800 Howard Hughes Pkwy, Suite 500 | Gerardo Avalos, Esq. |
| Las Vegas, NV 89169 | Nevada Bar No. 15171 |
| Tel: (702) 862-8300 | FREEDOM LAW GROUP |
| Fax: (702) 778-9709 | 8985 S. Eastern Ave., Suite 350 |
| Email: gmarina@clarkhill.com | Henderson, NV 89123 |
| *Attorney for Defendant Equifax Information Services LLC* | Phone: (702) 880-5554 |
| | Fax: (702) 385-5518 |
| | Email: ghaines@freedomlegalteam.com |
| | Email: gavalos@freedomlegalteam.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: **February 3, 2023**