ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA CALMA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PENNYMAC LOAN SERVICES, LLC,<br><br>Defendants. | Case No.: 2:22-cv-02105-ART-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Teresa Calma and Defendant Pennymac Loan Services, LLC hereby stipulate and agree that Pennymac shall have an additional two weeks, up to and including **February 22, 2023**, to file its response to the plaintiff's complaint, which is currently due on February 8, 2023. *See* ECF No. 14. The complaint was filed on December 19, 2022.

Good cause exists to grant the requested extension. The parties enter into this stipulation to address current time and scheduling constraints on Pennymac's counsel. Specifically, Pennymac's counsel is continuing to prepare for two upcoming trials, which has impacted counsel's ability to fully review and respond to the complaint.

. . .

. . .

68610840;1

*Calma v. Equifax Information Services, LLC et al.,*
2:22-cv-02105-ART-EJY

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of February, 2023.

| **AKERMAN LLP** | **FREEDOM LAW FIRM, LLC** |
|---|---|
| /s/ Nicholas E. Belay | /s/ Gerardo Avalos |
| ARIEL E. STERN, ESQ. | GEORGE HAINES, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9411 |
| NATALIE L. WINSLOW, ESQ. | GERARDO AVALOS, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 15171 |
| NICHOLAS E. BELAY, ESQ. | 8985 S. Eastern Avenue, Suite 350 |
| Nevada Bar No. 15175 | Las Vegas, NV 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Teresa Calma* |
| *Attorneys for Pennymac Loan Services, LLC* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-02105-ART-EJY

**DATED:** February 9, 2023