George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Teresa Calma*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Teresa Calma,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and Pennymac Loan Services, LLC,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-02105-ART-EJY<br><br>**Stipulation and Order for an extension of time for Plaintiff to respond to Pennymac Loan Services, LLC's Motion to Consolidate Cases** |

　　　Teresa Calma ("Plaintiff") and Pennymac Loan Services, LLC ("Defendant") (together as "the Parties") by counsel, hereby submit this Stipulation and Order for an extension of time for Plaintiff to respond to Pennymac Loan Services, LLC's Motion to Consolidate Cases filed on May 3, 2023. ECF 33. This is the first request for an extension of this deadline.

---

STIPULATION　　　　　- 1 -

1   The extension is sought because the parties are engaged in settlement
2   discussions and hope to avoid the additional expense of fully briefing the
3   Motion, as without this added cost, the parties are in a better position to reach a
4   resolution.

5   As such, the parties are requesting an extension of time for Plaintiff to
6   respond to Defendant's Motion by 14 days from the current deadline of May
7   17, 2023 to **May 31, 2023.**

8   This Stipulation is brought in good faith and not for purposes of delay.
9   The parties hereby request that the Court order that Plaintiff's opposition to the
10  pending Motion to Consolidate Cases shall be due on or before **May 31, 2023**.

11  Dated: May 17, 2023.

**FREEDOM LAW FIRM, LLC**
 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

**AKERMAN LLP**
 /s/ Natalie L. Winslow
Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Nicholas E. Belay, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Counsel for Pennymac Loan Services, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 17, 2023

STIPULATION        - 2 -